# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                Plaintiff,

        v.                              Case No. CR 04-60007-1-AA

KASEY LYNN GUTHRIE,

                Defendant.

## ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION OF THE TERMS AND CONDITIONS

On August 17, 2004, the defendant appeared before this court, for sentencing following her plea of guilty to Conspiracy to Commit Bank Fraud. She was sentenced to twenty-one (21) months custody followed by a three (3) year term of supervised release, upon the standard and special conditions. The term of supervised release commenced on July 8, 2005. On September 6, 2005, the court modified the defendant's conditions of supervision.

On October 27, 2005, this court issued a petition for warrant and order to show cause why the term of supervised release order previously granted should not be revoked based on the probation officer's allegation that defendant violated the conditions of release.

On December 2, 2005, the defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted she had

violated the conditions of supervised release by failing to participate in an inpatient treatment program and by committing a new law violation.

THE COURT FINDS that the defendant has violated conditions of her supervised release as set forth above, said violation constitutes a Grade C violation pursuant to Guideline § 7B1.1(a)(2). A Grade C violation coupled with the defendant's Criminal History Category of VI, produces a suggested imprisonment range of 8 to 14 months (§ 7B1.4 Revocation Table).

IT APPEARS TO THE COURT that the defendant is amenable to supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is continued and modified. All previously ordered terms and conditions of supervised release shall remain in full force and effect with the following special condition:

1. The defendant shall reside in and satisfactorily participate in a community corrections center, specifically the Lane County Community Correction Center to include a prerelease component, if determined appropriate by the Community Corrections Manager and the U.S. Probation Officer, for up to 120 days or until discharged by the Community Corrections Manager and the U.S. Probation Officer. The defendant shall remain detained until a bed becomes available.

Dated this 2 day of December, 2005.

**ANN AIKEN**
**United States District Judge**

cc: Probation Office
Counsel of Record

ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION
OF THE TERMS OF CONDITIONS OF SUPERVISED RELEASE - PAGE 2